NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1753

WILLIAM ROSETTE, JR.

VERSUS

CITY OF OPELOUSAS

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03-C-0098-D
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

AFFIRMED

Mack Irvin Frank
Attorney at Law
P. O. Drawer 1478
Opelousas, LA 70570
(337) 948-9701
Counsel for: Plaintiff/Appellant
William Rosette, Jr.

Jean-Louis Lemoine
JUNEAU LAW FIRM
P.O. Drawer 51268
Lafayette, LA 70505-1268
(337) 269-0052
Counsel for: Defendant/Appellee
City of Opelousas